### In re WILCOX'S WILL.

(Supreme Court, General Term, Fifth Department. April 13, 1893.)

Proceeding for the probate of the last will and testament of Samuel Wilcox, deceased.

No opinion. Decree of the surrogate of Monroe county admitting the will to probate affirmed, with costs to the respondent, payable out of the estate. See 14 N. Y. Supp. 109; 20 N. Y. Supp. 131.

---

### WILSON, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent.

(Supreme Court, General Term, Fifth Department. April 13, 1893.)

Action by Belle D. Wilson, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

No opinion. Interlocutory judgment appealed from affirmed, with costs, with leave to the plaintiff to amend her complaint in 20 days, on payment of the costs of the demurrer and of this appeal.

---

### ZARECK, Respondent, v. AMERICAN BISCUIT & MANUF'G CO. et al., Appellants.

(Common Pleas of New York City and County, General Term. June, 1892.)

Action by Siegfried L. Zareck against the American Biscuit & Manufacturing Company and others.

Argued before BISCHOFF and GIEGERICH, JJ.

W. M. Rosebault, for appellants.

S. Feuchtwanger, for respondent.

PER CURIAM. As the question decided depends mainly upon the degree of credibility which the justice below saw fit to attach to the conflicting statements of the several witnesses, and as we perceive no error in the conclusions drawn by the justice from the facts as found by him, the judgment appealed from should be affirmed, with costs.

---

### BAINES, Respondent, v. DE FOREST, Appellant.

(Common Pleas of New York City and County, General Term. February 24, 1893.)

Appeal from judgment of the ninth district court.

Action by John A. Baines against Henry De Forest.

C. H. Preyer, for appellant.

H. M. Greene, for respondent.

No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

### GOLDBERG, Respondent, v. COHEN, Appellant.

(Common Pleas of New York City and County, General Term. February 24, 1893.)

Appeal from fifth district court.

Action by Nathan Goldberg against David Cohen.

J. Levy, for appellant.

I. Levy, for respondent.

No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

### BOUGHTON, Respondent, v. DAVIES, Appellant.

(Common Pleas of New York City and County, General Term. February 24, 1893.)

Appeal from third district court.

Action by Edward C. Boughton, Jr., against Abraham S. Davies.

B. W. Traitel, for appellant.

Edward C. Boughton, Jr., in pro. per.

No opinion. Appeal dismissed for want of jurisdiction, without costs.

---

### HULKOPT, Respondent, v. WEED, Appellant.

(Common Pleas of New York City and County, General Term. February 24, 1893.)

Appeal from fifth district court.

Action by Nathan Hulkopt against Robert M. Weed.

D. Welch, for appellant.

J. Levy, for respondent.

No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

### KERN, Respondent, v. KLEIN, Appellant.

(Common Pleas of New York City and County, General Term. February 24, 1893.)

Appeal from sixth district court.

Action by Katharine Kern against Philipine Klein.

A. G. Vanderpoel, for appellant.

W. H. Geiger, for respondent.

No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

### LAMSON CONSOL. STORE–SERVICE CO., Appellant, v. ROTHSCHILD, Respondent.

(Common Pleas of New York City and County, General Term. February 24, 1893.)

Appeal from sixth district court.

Action by the Lamson Consolidated Store-Service Company against Adolph Rothschild.

T. H. Friend, for appellant.

P. C. Talman, for respondent.

No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

### MILNOR, Respondent, v. WHITE, Appellant.

(Common Pleas of New York City and County, General Term. February 24, 1893.)

Appeal from third district court.

Action by M. C. Milnor against James T. White.

O. J. Hochstadter, for appellant.

M. C. Milnor, for respondent.

No opinion. Judgment affirmed, with costs.

---

### PARKER, Respondent, v. LIGHTBOURNE, Appellant.

(Common Pleas of New York City and County, General Term. February 24, 1893.)

Appeal from eleventh district court.

Action by Walter T. Parker, as surviving partner, against A. Willis Lightbourne.

C. C. Ferris, for appellant.

Staples, Smith & Tomlinson, for respondent.

No opinion. Judgment affirmed, with costs.